**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

GABRIELA VASQUEZ-PEREZ, AKA
Gabriela Perez, AKA Gabriela Vasquez,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

No.    16-70758

Agency No. A208-084-056

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted December 18, 2018
Submission Withdrawn June 7, 2019
Resubmitted August 16, 2019
San Francisco, California

Before:  CALLAHAN, N.R. SMITH, and MURGUIA, Circuit Judges.

Gabriela Vasquez-Perez, a native and citizen of Mexico, entered the United

States without admission and was charged with being removable.  She appeared

before an Immigration Judge (IJ) along with four other aliens.  She stated that she

---

[*]        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

would represent herself. She listened to the IJ's statements, and admitted that she had been convicted for "crystal meth." The IJ found Vasquez-Perez removable, and on appeal, the Board of Immigration Appeals (BIA) affirmed her removal. Vasquez-Perez filed a petition for review with the Ninth Circuit, which appointed pro bono counsel.

Following oral argument, we issued an en banc opinion in *Marinelarena v. Barr*, No. 14-72003 (July 18, 2019), in which we held that "whether the record of conviction necessarily establishes the elements of the disqualifying federal offense 'is a legal question with a yes or no answer.'" *Id*. at \*8 (internal citation omitted). Because the IJ and the BIA did not have the benefit of our opinion in *Marinelarena*,, we VACATE the order of removal and REMAND to the agency for further proceedings in light of our opinion in *Marinelarena*.[1]

Each party to bear its own costs.

---

[1] Because we vacate the order of removal and remand, we need not and do not address the other issues briefed by petitioner.